142506/4

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CHARLES GONZALEZ and SUSANA
GONZALEZ,

  Plaintiffs,

v.

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

  Defendant.

_____/

## NOTICE OF REMOVAL

COMES NOW, Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY (hereinafter "Liberty Mutual"), by and through its undersigned counsel, and hereby files its Notice of Removal, and states as follows:

1.      Liberty Mutual is a Defendant in a civil action brought by Plaintiffs, CHARLES GONZALEZ and SUSANA GONZALEZ, in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida (hereinafter "State Court"), which is within the geographical jurisdiction of the United States District Court for the Southern District of Florida.

2.      The case brought by Plaintiffs in State Court is filed under Case No. 14-025261 CA 01 and is styled as *CHARLES GONZALEZ and SUSANA GONZALEZ v. LIBERTY MUTUAL FIRE INSURANCE COMPANY.*  Complete copies of all process,

pleadings and orders served upon Liberty Mutual in that case are attached to this Notice

of Removal, pursuant to 28 U.S.C. §1446(a) as **Composite Exhibit "A"** and incorporated

by reference herein.

3.      At all times material hereto, Plaintiffs were residents of Miami-Dade

County, Florida.[1]  Upon information and belief, Plaintiffs were and are citizens of the

State of Florida at all times material to this cause.

4.      At all times material hereto, Liberty Mutual was and is a foreign insurance

company organized and existing under the laws of the State of Massachusetts, with its

principal place of business in the State of Massachusetts.[2]

5.      Plaintiffs' Complaint seeks damages against Liberty Mutual for an alleged

breach of an insurance contract issued by Liberty Mutual to Plaintiffs.

6.      Liberty Mutual was served with Plaintiffs' Complaint on October 17, 2014.

The Complaint solely averred damages exceeding $15,000.00, exclusive of costs, interest

and attorney's fees.

7.      However, on February 4, 2015, Plaintiffs filed their Responses to Liberty

Mutual's First Request for Production and produced an estimate totaling $102,244.33 in

support of their claim/lawsuit.  Receipt of said estimate constituted the first time Liberty

---

[1]      Please see the Complaint, ¶2, a copy of which can be found as part of the attached **Composite Exhibit "A"**.

[2]      Please see a copy of the Commonwealth of Massachusetts website printout attached hereto as **Exhibit "B"**.

Mutual was able to ascertain that this case is one which is or has become removable.[3]

Accordingly, this Notice of Removal was timely filed within thirty (30) days from notice

of the amount in controversy, pursuant to 28 U.S.C. §1446(b).

8.      This action is a suit between citizens/corporations of different states in

which the amount in controversy exceeds the sum of $75,000.00, exclusive of attorney's

fees, interest and costs, pursuant to §1332(a)(1).

9.      Plaintiffs' allegations of Liberty Mutual's liability therefore exceed the

$75,000.00 jurisdictional amount for diversity cases required pursuant to 28 U.S.C.

§1332(a).

10.     Pursuant to 28 U.S.C. §1441 *et seq.*, Liberty Mutual is entitled to remove

this action because this Honorable Court has jurisdiction based upon diversity of

citizenship, as provided in 28 U.S.C. §1332(a)(1).

11.     Promptly after filing this Notice of Removal, Liberty Mutual gave written

notice of the filing of this Notice of Removal to Plaintiffs, pursuant to 28 U.S.C.

§1446(d), by serving a copy to their attorney of record: Thomas J. Morgan, Sr., Esquire.

12.     Promptly after filing this Notice of Removal, Liberty Mutual also filed a

copy of this Notice of Removal with the Clerk of the Circuit Court of the 11th Judicial

Circuit in and for Miami-Dade County, Florida, pursuant to 28 U.S.C. §1446(d).

---

[3]      Please see the Affidavit of Jonathan Farsaci, attached hereto as **Exhibit "C"** and incorporated by reference herein.

13.     Liberty Mutual requests that the civil action filed by Plaintiffs in the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No. 14-025261 CA 01 and styled as *CHARLES GONZALEZ and SUSANA GONZALEZ v. LIBERTY MUTUAL FIRE INSURANCE COMPANY*, be removed to this Honorable Court as provided by 28 U.S.C. §1441 *et seq.*, and that this Honorable Court accept subject matter jurisdiction over this action.

WHEREFORE, Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY, prays that the civil action filed by Plaintiffs be removed to this Honorable Court as provided by 28 U.S.C. §1441 *et seq.,* and that this Honorable Court accept subject matter jurisdiction over this action.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **February 26, 2015**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

4

NOTICE OF REMOVAL

**BY:**   <u>**s/Marc J. Gutterman**</u>
Marc J. Gutterman, Esquire
Florida Bar No. 118818
Jamie N. Haas, Esquire
Florida Bar No. 84539
CONROY | SIMBERG
Attorneys for Defendant
3440 Hollywood Boulevard
Second Floor
Hollywood, Florida 33021
Telephone:  954.961.1400
Facsimile:   954.967.8577
E-mail: mgutterman@conroysimberg.com
E-mail: jhaas@conroysimberg.com

## SERVICE LIST

Thomas J. Morgan, Sr., Esquire
The Morgan Law Group, P.A.
55 Merrick Way, Suite 404
Coral Gables, Florida 33134
Telephone:    305.569.9900
Facsimile:    305.443.6828
E-mail:       mlg.eservice@yahoo.com
              morganlawoffice@yahoo.com